**92–1185.** State ex rel. Spirko v. Owens. *Van Wert County,* No. 15923. This cause, here on appeal from the Court of Appeals for Van Wert County, was considered in the manner prescribed by law. Appellant's request for extension of time to file a brief was granted by this court on September 22, 1992 and the brief was due October 26, 1992. It appears from the records of this court that appellant has not filed a brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective June 25, 1993.

**93–4.** State v. Copeland. *Cuyahoga County,* No. 61607. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Cuyahoga County and as a claimed appeal as of right from said court. Appellant's motion for leave to file delayed appeal, Dennis M. McBride's motion to withdraw as counsel, and appellant's request for extension of time to file a memorandum in support of jurisdiction were granted on February 10, 1993. Appellant's memorandum in support of jurisdiction was due on April 12, 1993. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective June 25, 1993.

**93–271.** State v. Payne. *Montgomery County,* No. 13648. This cause, here on appeal from the Court of Appeals for Montgomery County, was considered in the manner prescribed by law. Appellant's request for extension of time to file a brief was granted by this court on March 9, 1993 and the brief was due May 3, 1993. It appears from the records of this court that appellant has not filed a brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective June 25, 1993.

**93–317.** State v. Jones. *Lorain County,* No. 92CA005334. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Lorain County and as a claimed appeal as of right from said court. Appellant's request for extension of time to file a memorandum in support of jurisdiction was granted by this court on March 1, 1993 and the memorandum in support of jurisdiction was due on March 12, 1993. The motion of Kenneth R. Spiert to withdraw as counsel for appellant was granted on April 14, 1993. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective June 25, 1993.